

**FILED & ENTERED**

MAY 11 2016

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** gonzalez **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:    Edward Leon Guy, III, Debtor | Case No.:   2:15-bk-17887-ER<br>Adv. No.:   2:16-ap-01108-ER |
| Edward Leon Guy III,<br><br>                                       Plaintiff<br><br>              v.<br><br>Hilton Worldwide, Inc,<br><br>                                      Defendant | **ORDER VACATING MAY 17, 2016 STATUS CONFERENCE AND HEARING ON MOTION TO DISMISS IN VIEW OF PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>[No hearing required pursuant to Federal Rule of Civil Procedure 78(b) and Local Bankruptcy Rule 9013-1(j)(3)] |

   On April 18, 2016, Defendant filed a Motion to Dismiss and noticed a hearing on the Motion for May 17, 2016. On May 9, 2016, Plaintiff filed a Notice of Voluntary Dismissal of an Adversary Proceeding ("Notice of Dismissal") [Doc. No. 21] pursuant to Bankruptcy Rule 7041(a)(1). Pursuant to Bankruptcy Rule 7041(a)(1)—which incorporates Civil Rule 41(a)(1)—the "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Under Rule 41(a)(1), "a plaintiff has an absolute right voluntarily to dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1). The dismissal is effective on filing and no court order is required." *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995).

   Here, the Defendant has not served an answer or a motion for summary judgment. Notwithstanding Defendant's pending Motion to Dismiss, Plaintiff's filing of the Notice of Dismissal had the effect of dismissing the action immediately without court order. Accordingly, the Court HEREBY ORDERS that the May 17, 2016 hearing on the Motion to Dismiss is

VACATED. The status conference, scheduled to take place on the same date, is also VACATED.

    IT IS SO ORDERED.

###

Date: May 11, 2016

Ernest M. Robles
United States Bankruptcy Judge